# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,          Criminal No. 09-305 JNE/AJB

    Plaintiff,

v.          **ORDER**

MICHAEL ANGELO BORROMEO,

    Defendant.

    Lisa D. Kirkpatrick, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

    Andrea K. George, Esq., Assistant Federal Defender, for the defendant, Michael Angelo Borromeo.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated January 4, 2010, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

    1. Defendant Michael Angelo Borromeo's Motion to Suppress Evidence Obtained as a Result of Search and Seizure is **denied** [Docket No. 20].

    2. Defendant Michael Angelo Borromeo's Motion to Suppress Statements, Admissions and Answers is **denied** [Docket No. 21].

Dated: 3-1-2010

                                                   s/ Joan N. Ericksen
                                                   Joan N. Ericksen
                                                   United States District Court Judge